LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendants
KEYSTONE RV COMPANY dba
DUTCHMEN MANUFACTURING,
THOR INDUSTRIES, INC. and EXPLOREUSA RV, LTD,
dba EXPLOREUSA RV SUPERCENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No:  2:20-cv-01528-MCE-EFB<br><br>**STIPULATION AND ORDER RE MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER** |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree to the following modifications to the Court's Initial Pretrial Scheduling Order:

 1.  There is some uncertainty regarding the deadlines set forth in the Court's Initial Pretrial Scheduling Order that pertains to discovery and expert disclosure.

 2.  The parties are in the process of informally resolving various discovery disputes that may require the filing of motions to compel.  The parties need additional time to address these various discovery issues to avoid discovery motions.

 3.  Subject to court approval, the parties have agreed to the following deadlines regarding discovery, expert disclosure and the filing of dispositive motions:

   a. Completion of discovery with the exception of expert discovery: February 1, 2022

   b. Initial Expert Disclosure:  April 1, 2022 –supplemental disclosure April 29, 2022

c.  File Disposition Motions:  May 2, 2022

Dated: August 24, 2021          LAW OFFICES OF WILLIAM L. BAKER

By: William L. Baker (signature approved 8/24/21)
    WILLIAM L. BAKER SBN 114454
    Attorney for Defendants KEYSTONE RV
    COMPANY dba DUTCHMEN MANUFACTURING,
    THOR INDUSTRIES, INC. and EXPLOREUSA
    RV LTD. dba EXPLOREUSA RV SUPERCENTER

Dated: August 24, 2021          THOMPSON & COLEGATE LLP

By: Trevor DeBus (signature approved 8/24/21)
    GARY T. MONTGOMERY SBN 166817
    TREVOR D. DEBUS SNB 290201
    Attorney for Defendant NORCOLD, INC.

Dated: August 24, 2021          EASON & TAMBORNINI

By: Eric A. Wills (signature approved 8/24/21)
    ERIC WILLS SBN 300728
    Attorney for Plaintiffs STEVEN SULLIVAN
    and ELIZABETH SULLIVAN

### ORDER

Good cause appearing, and based on the stipulation of the parties, the Initial Pretrial Scheduling Order is modified as follows:  Discovery, with the exception of expert discovery shall be completed by February 1, 2022.  The initial expert disclosure deadline shall be April 1, 2022, and the supplemental expert discovery by April 29, 2022.  Dispositive motions shall be filed no later than May 2, 2022.

IT IS SO ORDERED.

Dated:  August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER RE MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER**