LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendants
KEYSTONE RV COMPANY dba
DUTCHMEN MANUFACTURING,
THOR INDUSTRIES, INC. and EXPLOREUSA RV, LTD,
dba EXPLOREUSA RV SUPERCENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No:  2:20-cv-01528-MCE-EFB<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL AND ORDER OF DISMISSAL**<br><br>**[FRCP 41(a)(1)(ii)]** |

　　The parties, through their counsel of record hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that Defendant THOR INDUSTRIES, INC. be dismissed from this action.


Dated: December 17, 2021　　　　LAW OFFICES OF WILLIAM L. BAKER


　　　　　　　　　　　　　　　　　　　　By: William L. Baker (signature approved 12/17/21)
　　　　　　　　　　　　　　　　　　　　WILLIAM L. BAKER SBN 114454
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants KEYSTONE RV
　　　　　　　　　　　　　　　　　　　　COMPANY dba DUTCHMEN MANUFACTURING,
　　　　　　　　　　　　　　　　　　　　THOR INDUSTRIES, INC. and EXPLOREUSA
　　　　　　　　　　　　　　　　　　　　 RV LTD. dba EXPLOREUSA RV SUPERCENTER

1

**STIPULATION FOR VOLUNTARY DISMISSAL**

Dated: December 17, 2021          THOMPSON & COLEGATE LLP

By: <u>Trevor DeBus (signature approved 12/17/21)</u>
GARY T. MONTGOMERY SBN 166817
TREVOR D. DEBUS SNB 290201
Attorney for Defendant NORCOLD, INC.

Dated: December 17, 2021          EASON & TAMBORNINI

By: <u>Matthew R. Eason (signature approved 12/17/21)</u>
MATTHEW R. EASON SBN 160148
Attorney for Plaintiffs STEVEN SULLIVAN
and ELIZABETH SULLIVAN

### ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), DEFENDANT THOR INDUSTRIES, INC., ONLY, IS HEREBY IS DISMISSED.  The case remains active against other Defendants.

IT IS SO ORDERED.

**Dated:  December 22, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE