MATTHEW R. EASON, ESQ. (SBN 160148)
KYLE K. TAMBORNINI, ESQ. (SBN 160538)
ERIC A. WILLS, ESQ. (SBN 300728)
EASON & TAMBORNINI
1234 H STREET, SUITE 200
SACRAMENTO, CA 95814
(916) 438-1819
FACSIMILE (916) 438-1820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-cv-01528-MCE-EFB<br><br>**STIPULATION AND ORDER RE MODIFICATION OF INITIAL PRETRIAL SCHEDULING ORDER** |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree to the following modifications to the Court's Initial retrial Scheduling Order:

1. The parties are in the process of informally resolving various discovery disputes so that they may avoid the necessity of filing motions to compel. The parties need additional time to address these various discovery issues.

2. Additional time is needed to physically obtain voluminous documents, review said documents, and produce documents in accordance with outstanding written requests in hopes of avoiding unnecessary motion(s). The documents are over 70 GB in volume.

3. Subject to court approval, the parties have agreed to the following deadlines regarding discovery, expert discourse and the filing of dispositive motions:

///

    a. Completion of discovery with the exception of expert discovery: August 1, 2022.

    b. Initial Expert Disclosure: September 1, 2022 – supplemental disclosure September 30, 2022.

    c. File Disposition Motions: November 11, 2022.

Dated: January 12, 2022          **EASON & TAMBORNINI**

    /S/ Eric Wills_____
ERIC WILLS SBN 300728
Attorney for Plaintiffs STEVEN SULLIVAN and ELIZABETH SULLIVAN

Dated:  January 12, 2022         **LAW OFFICES OF WILLIAM L. BAKER**

    /S/ William Baker_____
WILLIAM BAKER SBN 114454
Attorney for Defendants KEYSTONE RV COMPANY dba DUTCHMEN MANUFACTURING, and EXPLORE USA RV LTD. dba EXPLOREUSA RV SUPERCENTER

Dated:  January 12, 2022         **THOMPSON & COLEGATE LLP**

    /S/ Gary Montgomery_____
GARY T. MONTGOMERY SBN 166817
TREVOR D. DEBUS SBN 290201
Attorney for Defendant NORCOLD, INC.

ORDER

Good Cause appearing and based on the stipulation of the parties, the Initial Pretrial Scheduling Order is modified as follows: Discovery, with the exception of expert discovery shall be completed by August 1, 2022. The initial expert disclosure deadline shall be September 1, 2022 and the supplemental expert discovery by September 30, 2022. Dispositive motions shall be filed no later than November 11, 2022. All other provisions contained in the operative Initial Pretrial Scheduling Order, as amended on August 27, 2021, remain in effect.

IT IS SO ORDERED.

Dated: February 3, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE