MATTHEW R. EASON, ESQ. (SBN 160148)
KYLE K. TAMBORNINI, ESQ. (SBN 160538)
ERIC A. WILLS, ESQ. (SBN 300728)
EASON & TAMBORNINI
1234 H STREET, SUITE 200
SACRAMENTO, CA 95814
(916) 438-1819
FACSIMILE (916) 438-1820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01528-MCE-EFB<br><br>**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree to the following modifications to the Court's Pretrial Scheduling Order:

1. The parties are in the process of informally resolving various discovery disputes so that they may avoid the necessity of filing motions to compel. The parties need additional time to address these various discovery issues.

2. Additional time is needed to physically obtain voluminous documents, review said documents, and produce documents in accordance with outstanding written requests in the hopes of avoiding unnecessary motion(s) and court intervention. The parties understand that the documents are over 70 GB in volume.

3. The parties have met and conferred, and continue to meet and confer, regarding the scope of a

stipulated protective order governing the voluminous documents identified in paragraph two (2).

4. The parties agree that they have proceeded in good faith, and any delay is not due to a lack of diligence.

5. Subject to court approval, the parties have agreed to the following deadlines regarding discovery, expert discourse and the filing of dispositive motions:

    a. Completion of discovery with the exception of expert discovery: December 1, 2022.

    b. Initial Expert Disclosure: January 2, 2023 – supplemental disclosure February 1, 2023.

    c. File Disposition Motions: March 13, 2023.

Dated: August 15, 2022          **EASON & TAMBORNINI**

KYLE TAMORNINI (signature approved (8/11/22)
KYLE TAMORNINI SBN 160538
Attorney for Plaintiffs STEVEN SULLIVAN and ELIZABETH SULLIVAN

Dated: August 15, 2022          **LAW OFFICES OF WILLIAM L. BAKER**

WILLIAM BAKER (signature approved 8/11/22)
WILLIAM BAKER SBN 114454
Attorney for Defendants KEYSTONE RV COMPANY dba DUTCHMEN MANUFACTURING, and EXPLORE USA RV LTD. dba EXPLOREUSA RV SUPERCENTER

**THOMPSON & COLEGATE LLP**

TREVOR D. DEBUS (signature approved 8/11/22)
GARY T. MONTGOMERY SBN 166817
TREVOR D. DEBUS SBN 29021
Attorneys for Defendant NORCOLD, INC.

<u>ORDER</u>

Good Cause appearing and based on the stipulation of the parties, the Pretrial Scheduling Order is modified as follows: Discovery, with the exception of expert discovery shall be completed by December 1, 2022. The initial expert disclosure deadline shall be January 2, 2023 and the supplemental expert disclosure by February 1, 2023. Dispositive motions shall be filed no later than March 13, 2023.

IT IS SO ORDERED.

Date: 08/15/2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE