Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
Eric A. Wills, Esq. (SBN 300728)
EASON & TAMBORNINI
1234 H Street, Suite 200
Sacramento, CA 95814
(916) 438-1819
Facsimile (916) 438-1820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01528-MCE-EFB<br><br>**ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

ORDER

Good Cause appearing and based on the stipulation of the parties, the Pretrial Scheduling Order is modified as follows: Discovery, with the exception of expert discovery shall be completed by February 6, 2023. The initial expert disclosure deadline shall be April 6, 2023 and the supplemental expert disclosure shall be by May 5, 2023. Dispositive motions shall be filed no later than May 22, 2023.

IT IS SO ORDERED.

Dated: November 8, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER