Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
Kristofor K. Helm, Esq. (SBN 301179)
EASON & TAMBORNINI
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone (916) 438-1819
Facsimile (916) 438-1820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01528-MCE-EFB<br><br>**ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

For good cause appearing, and based on the stipulation of the parties, the Pretrial Scheduling Order is modified as follows: Discovery, with the exception of expert discovery shall be completed by June 6, 2023. The initial expert disclosure deadline shall be August 4, 2023 and the supplemental expert disclosure shall be by September 1, 2023. Dispositive motions shall be filed no later than September 19, 2023. The ex parte application filed at ECF No. 30 is DENIED as moot.

IT IS SO ORDERED.

Dated: January 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER