Matthew R. Eason, Esq. (SBN 160148)
Kyle K. Tambornini, Esq. (SBN 160538)
Kristofor K. Helm, Esq. (SBN 301179)
Eason & Tambornini
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone (916) 438-1819
Facsimile (916) 438-1820

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SULLIVAN, ELIZABETH SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,<br><br>Defendants. | Case No.: 2:20-CV-01528-MCE-EFB<br><br>**STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER** |

THE PARTIES, THROUGH THEIR COUNSEL OF RECORD, agree that there is good cause to modify the scheduling order based upon the parties until recently attempting to informally resolving various discovery disputes so that they may avoid the necessity of filing motions to compel. These disputes pertain to ongoing discovery disputes related to the production of thousands of pages of documents related to the production of thousands of pages of materials related to other events that Plaintiffs contend are similar and/or related to the incident at issue. Defendant Norcold, Inc. has insisted that a protective order is necessary given the sensitive nature of the documents to be produced, and the information contained therein. Since the prior stipulation and resulting order to modify the pretrial scheduling order, the parties have been engaged in further, multiple rounds of meeting and conferring regarding who may be permitted to review the requested documents. Defendants remain at

1
STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER

a stalemate on this issue. Given that the parties have been unable to resolve this dispute informally, Plaintiff has requested court intervention. A pre-discovery motion conference is scheduled with Magistrate Judge Jeremy D. Patterson on May 11, 2023 regarding this issue.

In January 2023, Plaintiffs served further written discovery on Norcold, Inc. After the granting of extensions, the responses received contained only objections. Counsels for Plaintiffs and Norcold, Inc. have met and conferred on this issue multiple times, however the dispute remains outstanding. This issue will also be addressed during the pre-discovery motion conference that is scheduled with Magistrate Judge Jeremy D. Patterson on May 11, 2023.

Thereafter, additional time is necessary to allow Plaintiffs to seek judicial relief to resolve the above referenced issues. Furthermore, additional time is needed to allow counsel for Plaintiffs and counsel for Keystone RV Company to physically obtain the thousands of pages of documents and things to be produced, obtain the responses to the further written discovery served, review said documents and responses, and determine what further discovery is necessary, including further depositions. The parties also agree that the parties' potential experts need additional time to review the documents and things to be produced in the preparation of their reports. The parties understand that the documents are over 70 GB in volume.

The parties agree that they have proceeded in good faith, and any delay is not due to a lack of diligence. It appears the fundamental disputes have arisen and court intervention is now required.

Subject to court approval, the parties have agreed to the following deadlines regarding discovery, expert discourse and the filing of dispositive motions:

   a. Discovery, with the exception of expert discovery, shall be completed by September 15, 2023;

   b. The initial expert disclosure deadline shall be November 13, 2023;

   c. The supplemental expert disclosure shall be by December 11, 2023;

d.  Dispositive motions shall be filed no later than December 28, 2023.

Dated:  May 18, 2023      **EASON & TAMBORNINI**

/s/ Matthew R. Eason (approved 5/3/23)
MATTHEW R. EASON SBN 160148
Attorney for Plaintiffs STEVEN SULLIVAN and ELIZABETH SULLIVAN

Dated:  May 18, 2023      **LAW OFFICES OF WILLIAM L. BAKER**

/s/ William L. Baker (approved 5/3/23)
WILLIAM BAKER SBN 114454
Attorney for Defendants KEYSTONE RV COMPANY dba DUTCHMEN MANUFACTURING, and EXPLORE USA RV LTD. dba EXPLOREUSA RV SUPERCENTER

Dated:  May 18, 2023      **THOMPSON & COLEGATE LLP**

/s/ Trevor D. DeBus (approved 5/3/23)
GARY T. MONTGOMERY SBN 166817
TREVOR D. DEBUS SBN 29021
Attorneys for Defendant NORCOLD, INC.

3
STIPULATION AND ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER

| | |
|---|---|
| 1 | MATTHEW R. EASON, ESQ. (SBN 160148) |
| 2 | KYLE K. TAMBORNINI, ESQ. (SBN 160538) |
|   | KRISTOFOR K. HELM, ESQ. (SBN 301179) |
| 3 | EASON & TAMBORNINI |
|   | 1234 H STREET, SUITE 200 |
|   | SACRAMENTO, CA 95814 |
| 4 | TELEPHONE (916) 438-1819 |
|   | FACSIMILE (916) 438-1820 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STEVEN SULLIVAN, ELIZABETH SULLIVAN,

    Plaintiffs,

v.

NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive,

    Defendants.

Case No.: 2:20-CV-01528-MCE-EFB

**ORDER RE MODIFICATION OF PRETRIAL SCHEDULING ORDER**

For good cause appearing, and based on the stipulation of the parties, the Pretrial Scheduling Order is modified as follows:

    a. Discovery, with the exception of expert discovery, shall be completed by September 15, 2023;

    b. The initial expert disclosure deadline shall be November 13, 2023;

    c. The supplemental expert disclosure shall be by December 11, 2023;

    d. Dispositive motions shall be filed no later than December 28, 2023.

IT IS SO ORDERED.

DATED: MAY 18, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE