1  KRISTOFOR K. HELM, ESQ. (SBN 301179)
   EASON & TAMBORNINI
2  1234 H STREET, SUITE 200
   SACRAMENTO, CA 95814
3  TELEPHONE (916) 438-1819
   FACSIMILE (916) 438-1820
4
   Attorneys for Plaintiffs
5

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9  | STEVEN SULLIVAN, ELIZABETH SULLIVAN, | Case No.: 2:20-CV-01528-MCE-EFB |
10 | Plaintiffs, | STIPULATION FOR DISMISSAL [(FRCP A)]; ORDER OF DISMISSAL |
11 | v. | Judge |
12 | NORCOLD, INC., THOR INDUSTRIES, DUTCHMEN, EXPLORE USA SUPER CENTER and DOES 1 to 25, Inclusive, | Trial: |
13 | Defendants. | |

16      Plaintiffs, Steven Sullivan (Deceased) and Elizabeth Sullivan and Defendants, Norcold, Inc.,
17 Keystone RV Company dba Dutchmen Manufacturing, and ExploreUSA RV Ltd. dba Explore USA
18 RV Supercenter, through and by their attorneys of record hereby stipulate pursuant to Federal Rules
19 of Procedure 41(a)(1)(ii) that this action in its entirety be dismissed with prejudice as to all claims,
20 causes of action and parties, with each party bearing that party's own attorney fees and costs.
21

22 Dated:  February 22, 2024         **EASON & TAMBORNINI**

23                                   */S/ Kristofor K. Helm (Authorized 2/22/24)*

24                                   KRISTOFOR K. HELM
                                     Attorney for Plaintiffs
25

26 //

27 //

28 //

                    STIPULATION FOR DISMISSAL

Dated: February 22, 2024  THOMPSON & COLGATE

*/s/ Trevor Debus (Authorized 2/22/24)*

TREVOR DEBUS
Attorney for Defendant Norcold, Inc.

Dated: February 26, 2024  LAW OFFICES OF WILLIAM L. BAKER

*/s/ William L. Baker (Authorized 2/26/24)*

WILLIAM L. BAKER
Attorney for Defendants
Keystone RV Company dba Dutchman Manufacturing and ExploreUSA RV Ltd. dba Explore USA RV Supercenter

IT IS SO ORDERED.

DATED: FEBRUARY 27, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL